**Order entered October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00521-CR

**GREGORY ALLEN ROBINSON, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-34479-R**

## ORDER

On August 12, 2014, this Court ordered the trial court to prepare and file a certification of appellant's right to appeal. The Court determined that the certification was signed by the trial court on August 13, 2014. Therefore, on September 17, 2014, we ordered the Gary Fitzsimmons, Dallas County District Clerk to file a supplemental record containing the certification. To date, the Court has not received the supplemental record. The appeal cannot proceed until the Court has received the trial court's certification of appellant's right to appeal.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental clerk's record containing the August 13, 2014 certification of appellant's right to appeal within **TEN DAYS** of the date of this order. If the Court does not receive the supplemental record within the time specified, we utilize the available remedies to obtain the supplemental record, including referral of the case to the trial court for findings regarding the failure to file the supplemental record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE